IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD FOXX,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *    CIVIL ACTION 08-00403-KD-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 26, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this **3**rd day of **September 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant filed a notice (Doc. 17), asserting that no objections will be filed.