IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD FOXX,** | * |
| **Plaintiff,** | * |
| vs. | *   **CIVIL ACTION 08-00403-KD-B** |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | * |
| **Defendant.** | * |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits, be **REVERSED** and **REMANDED.**

**DONE** and **ORDERED** this **3**rd day of **September 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**