# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD FOXX,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 08-00403-KD-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 17, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this **2**nd day of **December 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**